IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02352-CMA-BNB

GERARDO LOPEZ,

Plaintiff,

v.

AURORA POLICE OFFICER MICHAEL PRINCE, in his individual and official capacity, and FEDERAL BUREAU OF INVESTIGATION AGENT ELIZABETH BOGESSE, in her individual capacity,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiff Gerardo Lopez's Unopposed Motion for Leave to Amend Complaint, and for Acceptance of Contemporaneously-Filed Amended Complaint** [docket no. 23, filed December 19, 2011] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept for filing the attached Amended Complaint for Damages and Jury Demand.

DATED:  December 20, 2011