IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02352-CMA-BNB

GERARDO LOPEZ,

Plaintiff,

v.

AURORA POLICE OFFICER MICHAEL PRINCE, in his individual capacity, and
FEDERAL BUREAU OF INVESTIGATION AGENT ELIZABETH BOGESSE, in her
individual capacity,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

Good cause having been shown,

IT IS ORDERED:

(1)   **Defendant Boggess' Unopposed Motion to Vacate the Scheduling Conference and to Stay Discovery** [Doc. # 38, filed 1/20/2012] is GRANTED;

(2)   The Scheduling Conference set for February 29, 2012, at 9:00 a.m., is VACATED;

(3)   Discovery is STAYED pending a ruling on the defendants' motions to dismiss [Docs. ## 32 and 36]; and

(4)   The parties shall file a status report within ten days of any ruling on the pending motions to dismiss addressing the status of the case and the pretrial matters, if any, to be scheduled.

DATED:  January 24, 2012